FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT

JASON MACDONALD,

　　　　Petitioner,

v.　　　　Case No. 2:24-cv-05765-JFW-PVC

SECRETARY DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,

　　　　Respondents.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

　　THIS CAUSE is before the Court pursuant to Rule 42 U.S.C. §1983 and Federal Rules of Civil Procedure 15(a) and 19(a) the petitioner requests leave to file an amended complaint the petitioner adding a party on the original complaint the respondent is relevant to are amended to reflect the identity and actions of each new party so that this Court should grant leave freely to amend a complaint. See Foman v. Davis, 371 U.S. 178, 182 (1962).

Claims for Relief:

Ground 1: The petitioner is entitled to relief for leave to file an amended complaint.

### Factual Basis

Based on this statement of the facts the petitioner needs to add the following defendants and the ground they are relevant to on the petitioners original complaint are amended to reflect the identity and actions of each new defendant. Also See Exhibit A. titled: Motion for Sworn to Statement.
Defendant's Name 1: Mr. Carlos Mendoza, ID XX;
Official Position: U.S. Magistrate Judge,
Employed at: United States District Court, Office of The Clerk, George C. Young US Courthouse,
401 West Central Blvd., Suite 1200;
Orlando, FL 32801-0120.
This defendant is being sued in his individual and official capacity. Relevant to ground 1.
Defendant's Name 2: A. Cochran, ID XX:
Official Position: Secretary's Representative,
Employed at: The Bureau of Inmate Grievances,
501 South Calhoun Street
Tallahassee, FL 32399-2500.
This defendant is being sued in his individual and official capacity.
These exhausted remedies grievance procedures are relevant to stimulus check "Form 3911" denied on ground 4.
See grievance log number: 24-6-0095, this case arose 1/02/2024.

Copies were denied on ground 1. See grievance log number: 24-6-00964, this case arose 1/10/2024. Stolen documents on ground 1. See grievance log number: 24-6-06513, this case arose 2/29/2024. On ground 1. Then See grievance log number: 22-6-3229, this case arose 11/3/2022.
Defendant's Name 3: A. Ralph,                    ID#:
Official Position: Asst. Warden Programs,
Employed at: The Bureau of Inmate Grievances,
501 South Calhoun Street,
Tallahassee, FL 32399-2500.
This defendant is being sued in his individual and official capacity.
This exhausted remedies grievance procedure is relevant to a violation of Rule 33-501.304 sub (c)(4) on ground 1. See grievance log number: 2401-108-027, this case arose 1/18/2024.
Defendant's Name 4: B. Padgham,                    ID#:
Official Position: Secretary's Representative,
Employed at: The Bureau of Inmate Grievances,
501 South Calhoun Street,
Tallahassee, FL 32399-2500.
This defendant is being sued in his individual and official capacity.
These exhausted remedies grievance procedures are relevant to outgoing legal-mail denied on ground 1. See grievance log number: 24-6-06479, this case arose 2/28/24. Copies denied. See Turner Test; on ground 1. Then See grievance log number: 24-6-06478, this case arose 2/28/24. Both allegations are also relevant to grievances being denied.

Defendant's Name 5: M. Grant,      ID#:
Official Position: Officer,
Employed at: Walton C.I., 691 Institution Road, Defuniak Springs, FL 32433.
This defendant is being sued in her individual and official capacity.
This exhausted remedies grievance procedure is relevant to ground 1. See grievance log number: 2401-108-027, this case arose 1/3/2024.

Defendant's Name 6: Lt. Johnson,      ID#:
Official Position: Officer,
Employed at: Walton C.I., 691 Institution Road, Defuniak Springs, FL 32433.
This defendant is being sued in his individual and official capacity.
This exhausted remedies grievance procedure is relevant to ground 1. See grievance log number: 24-6-00955, this case arose 12/1/2023. The $402.00 filing fee denied.

Defendant's Name 7: Ms. Mirelez,      ID#:
Official Position: Officer,
Employed at: Walton C.I., 691 Institution Road, Defuniak Springs, FL 32433.
This defendant is being sued in her individual and official capacity.
This exhausted remedies grievance procedure is relevant to ground 1. See grievance log number: 24-6-0095, this case arose 12/6/2023.

Defendant's Name 8: Mrs. Lisa Nesbit,      ID#:
Official Position: Clerk,
Employed at: Office of The Clerk Supreme Court of the United States, Washington, D.C. 20543-0001.

# IN THE
# SUPREME COURT OF THE UNITED STATES

JASON MACDONALD,

      Petitioner,

v.           Case No. 6:23-cv-126-CEM-LHP

SECRETARY DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,

      Respondents.
_____/

## MOTION FOR SWORN TO STATEMENT

THIS CAUSE is before the Court pursuant to Rule 28 U.S.C. § 2254 on the following grounds the petitioners current detention is Unconstitutional. See Rule 402 the Fifth Amendment of the United States Constitution is in violation also causing felony false imprisonment irrelavant evidence is not admissable in Court. Also see Mallory v. United States, 354 U.S. 449, 77 S. Ct. 1356, 1 L. Ed. 2d. 1479 (1957); 18 U.S.C. § 3501 (c). The petitioner is now entitled to have an instant offense filed for this case.

      Exhibit A. i. to iv.

Claims for Relief:

Ground 1: The petitioner is entitled to relief to have an instant offense filed in this case.

### Factual Basis

Based on this statement of the facts the petitioner is entitled to emergency relief in this instant offense on the petitioners "Response to a Reply Motion," there was no order to amend by The Honorable Judge, Leslie Hoffman Price, then "irrelevant evidence, not admissable in Court was then ordered to be in the proceedings proving to be an instant offense by causing felony false imprisonment. Defendants Name 1: Mr. Carlos Mendoza, ID#: Official Position: U.S. Magistrative Judge, Employed at: United States District Court, Office of The Clerk, George C. Young US Courthouse, 401 West Central Blvd., Suite 1200, Orlando, FL 32801-0120. Mr. Mendoza contessed in this instant offense on his own irrelavant order where he stated "Respondent's original Motion to Dismiss (Doc. 11) was not filed in the proper PDF format, and Respondent was required to refile the pleading. Doc. 16." This statement is not relevant to the petitioners case and UnConstitutional, when there was no order to amend in this instant offense.

ii

See on the petitioners "Response to a Reply Motion," the second one was sent only to prove the defendant in this case confessed to an instant offense. Also See case number: 6:22-cv-00222-CEM-EJK, relevant, in this instant offense case, proves on the petitioner "Petition for Writ of Habeas Corpus Motions," false writings, and felony false imprisonment, the petitioners claim for relief states "UnConstitutional" relevant to the "Response to a Reply Motions," that also prove felony false imprisonment. See on the petitioners Petition for Writ of Habeas Corpus ("Petition," Doc. 1) and supporting Memorandum of Law, (Doc. 2) where it also proves false writings, and false charges, with proof in support of the petitioners argument.

## CONCLUSION

The petitioners request for relief is an emergency release and agrees to testify in this instant offense case.

Respectfully submitted,

_____
Petitioner
Walton C.I., 691 Institution
Road, Defuniak Springs, FL
32433. Jason MacDonald

iii

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Motion for Sworn to Statement was placed into the prison mailings system on Mar. 13, 2024.

Executed on Jason McDonald 3-13-24

_____
Signature of Petitioner

iv.

This defendant is being sued in her individual and official capacity.

Revelant to ground 1. This case is proven to be felony false imprisonment this case arose 3/21/2024. See case number; MacDonald v. Sec., FL DOC USDC MDFL (Orlando) No. 6:23-cv-126.

On the exhausted remedies grievance procedure allegations all of the documents were completed in accordance with the last updated: Overview of the Grievance Procedure, legible and done properly.

## CONCLUSION

The petitioner requests this Court to grant leave freely to amend an original complaint.

Respectfully submitted,

*Jason McDonald*
Petitioner

Jason MacDonald, X16457, B2-2127-S,
Walton C.I.
691 Institution Road,
Defuniak Springs, FL 32433.

Walton C.I.
691 Institution Road
Defuniak Springs, FL 32433.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this "Petition for Leave to File an Amended Complaint" was placed into the prison mailing system on July 19, 2024.

Executed on Jason M. Darnell 7-19-24

_____
Signature of Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to Deborah A. Chance, Office of the Attorney General, 444 Seabreeze Blvd, 5TH Floor, Daytona Beach, FL 32118, this 19th day of July, 2024.

_____
Signature of Petitioner

son MacDonald, X16457, B2-2127-S
Hon C.I.
Institution Road
Inick Springs, FL 32433

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 26 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Provided to Walton CI
On 7-19-24 for Mailing
By (officer initials) TA JM

Ronald Reagan Federal Building and United States Courthouse
411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516

pocessing