**UNITED STATES DISTRICT COURT**                                    JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.    **CV 24-5765-JFW(PVC)**                          Date: August 27, 2024

Title:      Jason MacDonald -v- Secretary Department of Corrections, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                          **None Present**
    **Courtroom Deputy**                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFF:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                          None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING CASE FOR LACK OF VENUE AND DENYING *IN FORMA PAUPERIS* REQUEST [filed 7/9/24; Docket No. 2]**

    Plaintiff Jason MacDonald has filed what appears to be a civil rights complaint along with an accompanying request to proceed *in forma pauperis* ("IFP Request").  (Dkts. 1, 2).

    Under 28 U.S.C. § 1391(b), a civil action may be brought in: (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

    Under Section 1391(c), a "natural person" resides in the district where the person is domiciled, and an "entity with the capacity to sue and be sued" resides in any judicial district where it is subject to personal jurisdiction with respect to the civil action in question.  *See* 28 U.S.C. § 1391(c)(1), (2).

    Plaintiff is an inmate incarcerated in Florida.  (Dkt. 1 at 14; Dkt. 2 at 2).  All of the named Defendants, and all of the Defendants Plaintiff indicates he wishes to add by way of amendment, are located in various cities in Florida, or in Washington, D.C..  (*See* Dkt. 1 at 6-9; Dkt. 7 at 2-4, 6). Because none of the defendants reside in this District, none of the events appear to have occurred in this District, and the Complaint fails to establish any other connection to this Court, venue is inappropriate here.

Initials of Deputy Clerk __sr__

Accordingly, this action is **DISMISSED** without prejudice to refiling in an appropriate court. *See* 28 U.S.C. § 1406(a); *Horswell v. Minnesota*, 2019 WL 3416660, at *2 (D. Haw. July 29, 2019) (where venue is clearly wrong because defendant did not reside, and none of the events took place, in the filing district, action may be dismissed without prejudice instead of transferring).

In light of this dismissal, the IFP Request (Dkt. 2) is **DENIED**, and all other pending matters are **TERMINATED**.

IT IS SO ORDERED.

Initials of Deputy Clerk   _sr_